NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SIBU, LLC,**
*Plaintiff-Appellant,*

v.

**BUBBLES, INC.,**
*Defendant-Appellee.*

---

2012-1651

---

Appeal from the United States District Court for the District of Utah in case no. 12-CV-0187, Judge Dale A. Kimball.

---

Before RADER, *Chief Judge*, LOURIE and SCHALL, *Circuit Judges.*

SCHALL, *Circuit Judge.*

## ORDER

The court considers whether to transfer this case to the United States Court of Appeals for the Tenth Circuit. SIBU, LLC and Bubbles, Inc. both indicate that transfer is appropriate.

SIBU, LLC appeals from a judgment of the United States District Court for the District of Utah in a trademark infringement action. Pursuant to 28 U.S.C. § 1631,

SIBU, LLC V. BUBBLES, INC.                                    2

this court is authorized to transfer the case to a court in which the appeal could have been brought at the time it was filed or noticed. Transfer is appropriate here.

Accordingly,

IT IS ORDERED THAT:

The appeal is transferred pursuant to 28 U.S.C. § 1631 to the United States Court of Appeals for the Tenth Circuit.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


s26